USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TYREE DANIELS,

                            **Plaintiff,**                        23-CV-04162 (AS)(SN)

    -against-                                           **ORDER**

DOUBLE TREE BY HILTON TIMES
SQUARE WEST,

                            **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On August 14, 2023, the Honorable Arun Subramanian assigned this matter to my docket for settlement and directed the parties to contact my chambers no later than August 28, 2023. The parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                               _____
                                                                SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     August 25, 2023
                New York, New York