UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYREE DANIELS,<br><br>       Plaintiff,<br><br>  -against-<br><br>DOUBLE TREE BY HILTON TIMES SQUARE WEST,<br><br>       Defendant. | 23-CV-4162 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On August 17, 2023, the Court issued an order scheduling an initial pretrial conference to take place on September 25, 2023. *See* ECF No. 12. The order also required the parties to file a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than September 21, 2023. *Id.* The parties failed to file a joint letter. In addition, Plaintiff Tyree Daniels failed to appear for the initial pretrial conference.

No later than **October 10, 2023**, the parties are directed to file the joint letter, the contents of which are described in the Court's August 17, 2023 order, and a proposed Civil Case Management Plan and Scheduling Order. If Defendant is unable to contact Plaintiff to meet and confer, Defendant should instead file on ECF a letter describing what effort it made to contact Plaintiff, and the Court will consider whether to dismiss this case for failure to prosecute.

SO ORDERED.

Dated: September 26, 2023
   New York, New York

                              ARUN SUBRAMANIAN
                              United States District Judge